572

433 A.2d 540

Seltzer v. Seltzer, Appellant.

Petition for Allowance of Appeal Denied Aug. 3, 1981.

Argued March 11, 1980.  Michael L. Ozalas, for appellant;  C. Steven Miller, for appellee.

Before SPAETH, BROSKY and VAN der VOORT, JJ.

Order affirmed.

433 A.2d 541

Sussman Remodeling Co. v. Magyar et ux., Appellants.

Submitted November 14, 1980.  Richard C. Derenzo, for appellants;  Ira R. Mazer, for appellee.

Before PRICE, DiSALLE and MONTEMURO, JJ.

We are unable to reach the merits of this appeal because judgment on the verdict has not been entered in this case. *Lynch v. Metropolitan Life Ins. Co.,* 422 Pa. 488, 222 A.2d 925 (1966); *Slaseman v. Myers,* 285 Pa.Super. 167, 427 A.2d 165 (1978).

Appeal quashed.